# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

FRANKLIN CARL LEFEVER,

                Plaintiff,

vs.

DEPUTY NICHOLSON,

                Defendant.

Case No. 2:10-cv-01917-RLH-PAL

**ORDER**

(Mot Ext Sched Ord - Dkt. #20)
(Mot W/D Response - Dkt. #24)

      Before the court is Plaintiff's Motion for Extension of Scheduling Order (Dkt. #20), and Defendant's Motion to Withdraw Response to Motion (Dkt. #24). The court has reviewed the Motions, and Defendant's Response (Dkt. #23).

      Plaintiff states he is in the process of seeking the advice of counsel, and is also awaiting extradition to Oregon. For these reasons Plaintiff is asking for a 180-day extension of the Discovery Plan and Scheduling Order. Defendant initially opposed the requested extension in their Response (#23) stating numerous reasons why the extension should not be granted. However, defense counsel learned that Plaintiff was transferred to Oregon the morning the counsel arrived to take his deposition, and now agrees that more time is needed to complete discovery. Having reviewed and considered the matters,

      **IT IS ORDERED** that:

      1.    Plaintiff's Motion for Extension of the Scheduling Order is **GRANTED,** and the Discovery Plan and Scheduling order dates shall be extended 180 days from the date of this order.

      2.    The following Discovery Plan and Scheduling Order dates shall apply:

            a.    Last date to complete discovery: **April 2, 2012.**

      b.    Last date to amend pleadings and add parties: **January 3, 2012.**

      c.    Last date to file interim status report: **February 1, 2012.**

      d.    Last date to disclose experts pursuant to Fed. R. Civ. P. 26(a)(2): **February 1, 2012.**

      e.    Last date to disclose rebuttal experts: **March 5, 2012.**

      f.    Last date to file dispositive motions: **May 2, 2012.**

      g.    Last date to file joint pretrial order: **June 1, 2012.**  In the event dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after a decision of the dispositive motions.

3.    The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

4.    Applications to extend any dates set by this discovery plan and scheduling order shall, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension.  All motions or stipulations to extend discovery shall be received no later than **4:00 p.m., March 12, 2012,** and shall fully comply with the requirements of LR 26-4.

5.    Defendant's Motion to Withdraw Response (Dkt. #24) is **GRANTED**.

Dated this 5th day of October, 2011.

_____
Peggy A. Leen
United States Magistrate Judge